UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-302-M |
| v. ) | |
| ) | |
| BRYAN BUCHANAN, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

  Felon in possession of firearm and ammunition in violation of 18 U.S.C. §§ 922(g) and 924(e).

<u>Date of Detention Hearing</u>:   August 2, 2005.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1) Defendant is facing the possibility of substantial time in prison, with mandatory minimums of ten (10) or fifteen (15) years in prison and the possibility of life.

  (2) Defendant has a substantial criminal history.

  (3) Defendant has at least ten (10) alias names, three alias social-security numbers, and seven (7) alias dates of birth.

DETENTION ORDER                      15.13
18 U.S.C. § 3142(i)                    Rev. 1/91
PAGE 1

(4) Defendant has at least two convictions for attempt to elude, one of which occurred in 2002.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of August, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge